Justin G. Randall, Esq.
Nevada Bar No.: 12476
GLEN LERNER INJURY ATTORNEYS
4795 South Durango Drive
Las Vegas, Nevada 89147
Telephone: (702) 877-1500
Facsimile: (702) 933-6309
jrandall@glenlerner.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAWRENCE J. DOBOS, individually, | ) |
| | ) CASE NO. 2:15-cv-01518-APG-CWH |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois company; DOES I- X, and ROE CORPORATIONS I - X, inclusive, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER TO EXTEND

Plaintiff LAWRENCE J. DOBOS, by and through his counsel of record, Justin G. Randall, Esq., with the Law Offices of GLEN LERNER INJURY ATTORNEYS, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, individually, by and through its counsel of record, Priscilla L. O'Briant, Esq., of the Law Offices of LEWIS BRISBOIS BISGARRD & SMITH,

/ / /

/ / /

/ / /

/ / /

/ / /

LLP, hereby Stipulate and Agree to extend the time to file any Opposition to Defendant's Motion to Dismiss Plaintiff's Third, Fourth, and Fifth Causes of Action, until September 14, 2015.

Dated this 19th day of August, 2015.  Dated this 19th day of August, 2015.

GLEN LERNER INJURY ATTORNEYS  LEWIS BRISBOIS BISGARRD & SMITH, LLP

 // Justin G. Randall, Esq.   // Priscilla L. O'Briant, Esq.
Justin G. Randall, Esq.  Priscilla L. O'Briant, Esq.
Nevada Bar No.: 12476  Nevada Bar No.: 10171
4795 South Durango Drive  6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89147  Las Vegas, Nevada 89118
*Attorney for Plaintiff*  *Attorneys for Defendant*

IT IS HEREBY ORDERED.

Dated: August 20, 2015.

_____
**UNITED STATES DISTRICT JUDGE**

Respectfully Submitted By:

GLEN LERNER INJURY ATTORNEYS

 // Justin G. Randall, Esq.
Justin G. Randall, Esq.
Nevada Bar No.: 12476
4795 South Durango Drive
Las Vegas, Nevada 89147
*Attorney for Plaintiff*