ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
Email: Robert.Freeman@lewisbrisbois.com
PRISCILLA L. O'BRIANT, ESQ.
Nevada Bar No. 010171
Email: Priscilla.Obriant@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*State Farm Mutual Automobile Insurance*
*Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAWRENCE J. DOBOS,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois company; DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO. 2:15-cv-01518-APG-CWH<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S SECOND, THIRD, FOURTH AND FIFTH CAUSES OF ACTION WITH PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4827-0758-1480.1

1        Defendant State Farm Mutual Automobile Insurance Company and Plaintiff Lawrence J.

2    Dobos, by and through their counsel, stipulate that Plaintiff's Second, Third, Fourth and Fifth

3    Causes of Action in Plaintiff's complaint filed June 16, 2015 (Doc. 1-1) shall be dismissed in their

4    entirety, with prejudice.

5    DATED this 14th day of September, 2015.      DATED this 14th day of September, 2015.

6    GLEN LERNER INJURY ATTORNEYS      LEWIS, BRISBOIS, BISGAARD & SMITH, LLP

7

8    By:   /s/ Justin G. Randall          By:   /s/ Priscilla L. O'Briant

9        Justin G. Randall, Esq.             Priscilla L. O'Briant, Esq.
         Nevada Bar No. 12476               Nevada Bar No. 10171

10       4795 South Durango Drive          6385 S. Rainbow Blvd., #600
         Las Vegas, Nevada 89147            Las Vegas, NV 89118

11       *Attorneys for Plaintiff*               *Attorneys for State Farm*

12

13

14                     IT IS SO ORDERED:

15

16                     UNITED STATES DISTRICT JUDGE

17                             September 15, 2015
                       DATED:

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW