1 ROBERT W. FREEMAN, ESQ.
   Nevada Bar No. 003062
2 Email: Robert.Freeman@lewisbrisbois.com
   PRISCILLA L. O'BRIANT, ESQ.
3 Nevada Bar No. 010171
   Email: Priscilla.Obriant@lewisbrisbois.com
4 **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   6385 S. Rainbow Boulevard, Suite 600
5 Las Vegas, Nevada 89118
   702.893.3383
6 FAX: 702.893.3789
   *Attorneys for Defendant*
7 *State Farm Mutual Automobile Insurance*
   *Company*
8

9                **UNITED STATES DISTRICT COURT**

10                     **DISTRICT OF NEVADA**

11

| | |
|---|---|
| 12 LAWRENCE J. DOBOS, | CASE NO. 2:15-cv-01518-APG-CWH |
| 13 Plaintiff, | |
| 14 vs. | **STIPULATION AND ORDER TO WITHDRAW STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S MOTION TO DISMISS PLAINTIFF'S SECOND, THIRD, FOURTH AND FIFTH CAUSES OF ACTION (Doc. #10)** |
| 15 STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois company; | |
| 16 DOES I-X, and ROE CORPORATIONS I-X, inclusive, | |
| 17 Defendants. | |
| 18 | |

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4834-9729-0280.1

1      Defendant State Farm Mutual Automobile Insurance Company and Plaintiff Lawrence J.

2  Dobos, by and through their counsel, stipulate that State Farm Mutual Automobile Insurance

3  Company's Motion to Dismiss Plaintiff's Second, Third, Fourth and Fifth Causes of Action (Doc.

4  #10) be withdrawn.

5  DATED this 14th day of September, 2015.        DATED this 14th day of September, 2015.

6  GLEN LERNER INJURY ATTORNEYS            LEWIS, BRISBOIS, BISGAARD & SMITH, LLP

7

8  By:   /s/ Justin G. Randall                              By:      /s/ Priscilla L. O'Briant
          Justin G. Randall, Esq.                                      Priscilla L. O'Briant, Esq.
9         Nevada Bar No. 12476                                   Nevada Bar No. 10171
          4795 South Durango Drive                             6385 S. Rainbow Blvd., #600
10        Las Vegas, Nevada 89147                             Las Vegas, NV 89118
          *Attorneys for Plaintiff*                                   *Attorneys for State Farm*
11

12

13                                                  IT IS SO ORDERED:

14

15                                                  _____
                                                    UNITED STATES DISTRICT JUDGE
16

17                                                  DATED:  September 15, 2015
                                                            _____
18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4834-9729-0280.1                                          2