UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LAWRENCE J. DOBOS,<br><br>                  Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.,<br><br>                  Defendants. | Case No. 2:15-cv-01518-APG-CWH<br><br>**ORDER**<br><br>(Dkt. #19) |

    Pursuant to the parties' Stipulation (Dkt. #19) and their Binding Arbitration Agreement (Dkt. #19-1),

    IT IS HEREBY ORDERED that the Second, Third, Fourth, and Fifth Claims for Relief in the Complaint are DISMISSED WITH PREJUDICE.

    IT IS FURTHER ORDERED that the parties shall submit plaintiff's claim for personal injury as set forth in the First Claim for Relief to binding arbitration as detailed in the parties' Binding Arbitration Agreement. Therefore, because there is nothing further for this court to do regarding the First Claim for Relief, that claim is DISMISSED WITHOUT PREJUDICE. The Clerk of Court is directed to close this file.

    Dated: September 30, 2015.

                                                    _____<br>                                                    ANDREW P. GORDON<br>                                                    UNITED STATES DISTRICT JUDGE