ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
Email: Robert.Freeman@lewisbrisbois.com
PRISCILLA L. O'BRIANT, ESQ.
Nevada Bar No. 010171
Email: Priscilla.Obriant@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*State Farm Mutual Automobile Insurance*
*Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAWRENCE J. DOBOS, | CASE NO. 2:15-cv-01518-APG-CWH |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois company; DOES I-X, and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4817-0035-8952.1

1    IT IS HEREBY STIPULATED, by and among Plaintiff Lawrence J. Dobos and Defendant

2    State Farm Mutual Automobile Insurance Company, by and through their respective counsel of

3    record, that all of the claims and causes of action against Defendant in the above-entitled action

4    shall be dismissed, with prejudice, each party to bear their own attorneys fees and costs.

5

6    DATED this 6th day of June, 2016.          DATED this 6th day of June, 2016.

7    GLEN LERNER INJURY ATTORNEYS          LEWIS, BRISBOIS, BISGAARD & SMITH, LLP

8        */s/ Justin G. Randall*                    */s/ Priscilla L. O'Briant*

9    By: _____          By: _____

10       Justin G. Randall, Esq.                    Priscilla L. O'Briant, Esq.
         Nevada Bar No. 12476                       Nevada Bar No. 10171
11       4795 South Durango Drive                   6385 S. Rainbow Blvd., #600
         Las Vegas, Nevada 89147                    Las Vegas, NV 89118
12       Attorneys for Plaintiff                    Attorneys for State Farm

13

14

15

16                                         IT IS SO ORDERED:

17

18                                         _____

19                                         UNITED STATES DISTRICT JUDGE

20                                         DATED: ___June 7, 2016___

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4817-0035-8952.1                              2